Robert B. White, ISB No. 4438
Blake W. Ringer, ISB No.11223
GIVENS PURSLEY LLP
601 West Bannock Street
P.O. Box 2720
Boise, Idaho  83701-2720
Telephone (208) 388-1200
Fax (208) 388-1300
rbw@givenspursley.com
blakeringer@givenspursley.com
16467150_2.docx [12499.23]

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOHNNIE B. GREEN, JR.,<br><br>          Plaintiff,<br><br>vs.<br><br>AMY'S KITCHEN, a corporation doing business in Idaho,<br><br>          Defendant. | Case No. _____<br><br>**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT**<br><br>**(BANNOCK COUNTY DISTRICT COURT CASE: CV03-22-01342)** |

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Amy's Kitchen, Inc. ("**Amy's Kitchen**") removes this action from the District Court of the Sixth Judicial District of the State of Idaho ("**State Court Action**"), which was assigned Case No. CV03-22-01342, to the United States District Court for the District of Idaho. As presented below, this action is properly removed because Amy's Kitchen has complied with the statutory requirements under 28 U.S.C. §§ 1441 and 1446, and this Court has original jurisdiction over this action in accordance with 28 U.S.C. § 1331.

**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT - 1**

### I. AMY'S KITCHEN'S NOTICE OF REMOVAL COMPLIES WITH THE STATUTORY REQUIREMENTS UNDER 28 U.S.C. § 1446

1. On April 29, 2022 Plaintiff Johnnie B. Green, Jr. ("**Green**") commenced the State Court Action by filing a complaint captioned *Johnnie B. Green, Jr. v. Amy's Kitchen* ("**Complaint**") alleging discrimination based upon race and retaliation in violation of the United States Constitution, the Idaho Constitution, the Civil Rights Act of 1964, the Idaho Human Rights Act, and the Idaho Penal Code.

2. On or about October 25, 2022, Amy's Kitchen was served with a copy of the Summons and Complaint in the State Court Action. A true and correct copy of the Complaint is attached hereto as **Exhibit A** and a true and correct copy of the Summons is attached hereto as **Exhibit B**.

3. In accordance with Idaho Local Rule 81.1, attached hereto as **Exhibit C** is a true and correct copy of the State Court's Register of Actions. To Amy's Kitchen's knowledge, no other process, pleadings, or orders have been filed or served in this action, nor have any hearings been scheduled.

4. Because Green's claims allege violations of the Constitution and laws of the United States, this action raises federal questions over which the District Courts of the United States are given original jurisdiction pursuant to 28 U.S.C. § 1331.

5. This Notice is timely filed under 28 U.S.C. § 1446(b). Amy's Kitchen was served with the Complaint on or about October 25, 2022. This Notice is thus filed within 30 days of service of the Complaint as required by 28 U.S.C. § 1446(b).

6. In accordance with 28 U.S.C. § 1446(d), Amy's Kitchen will provide written notice of the removal of this action to Green and will file a copy of this Notice with the Clerk of the District Court of the Sixth Judicial District of the State of Idaho, in and for the County of Bannock.

## II. DEFENDANT'S RESERVATION OF RIGHTS

7. Amy's Kitchen files this Notice without waiving any defenses, objections, exceptions, or obligations that may exist in its favor in either state or federal court. Amy's Kitchen will file its answer or other objections within the time period permitted under Federal Rule of Civil Procedure 81.

8. Amy's Kitchen further reserves the right to amend or supplement this Notice. In the event any questions arise as to the propriety of the removal of this action, Amy's Kitchen respectfully requests the opportunity to present a brief, oral argument, and any further evidence necessary in support of its position that this action is removable.

DATED this 15th day of November, 2022.

GIVENS PURSLEY LLP

　　　/s/ Robert B. White　　　
Robert B. White
Blake W. Ringer
Attorneys for Defendant

**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT - 3**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this 15th day of November, 2022, I filed the foregoing document electronically through the CM/ECF system;

AND I FURTHER CERTIFY that on such date, I served the foregoing on the following non-CM/ECF registered participants in the manner indicated:

| | |
|---|---|
| Johnnie B. Green, Jr.<br>1031 S. Grant<br>Pocatello, ID 83201<br>*Plaintiff, appearing Pro Se* | ☒ U.S. Mail<br>☐ CM/ECF Email<br>☐ Hand Delivery<br>☐ Facsimile<br>☐ Overnight Courier |

　　　　　　　　　　　　　　　　　　　　*/s/ Robert B. White*
　　　　　　　　　　　　　　　　　　　　Robert B. White

**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT - 4**