**EXHIBIT A**

Filed: 04/29/2022 16:27:15
Sixth Judicial District, Bannock County
Jason Dixon, Clerk of the Court
By: Deputy Clerk - Cromie, Shelly

Johnnie B. Green, Jr.
1031 S. Grant
Pocatello, ID 83201
208-847-5031

Plaintiff, appearing Pro Se

## IN THE SIXTH DISTRICT COURT OF THE STATE OF IDAHO
## IN AND FOR THE COUNTY OF BANNOCK

| | |
|---|---|
| **JOHNNIE B. GREEN, JR.,** | ] Case # CV03-22-01342 |
| **Plaintiff,** | ] |
| V. | ] **COMPLAINT AND DEMAND** |
| | ] **FOR JURY TRIAL** |
| **AMY'S KITCHEN, a corporation doing business in Idaho,** | ] |
| **Defendant** | ] |

COMES NOW plaintiff, and for cause of action against the above named defendant, alleges as follows:

I.

Plaintiff is, and was at all relevant times, a resident of Bannock County, Idaho. He also maintained employment at the defendant's place of business in Pocatello, Bannock County, Idaho. Plaintiff is an African American and as such, qualifies as a protected person under both Constitution of the United States, the Constitution of the State of

COMPLAINT-1

Idaho, as well as the federal and State statutes concerning discrimination on the basis of race.

II.

Defendant was doing business during the time when the causes of action arose, and were operating their business in Bannock County, Idaho. Upon information and belief, defendant has well over 100 employees.

III.

FACTUAL ALLEGATIONS

A. Plaintiff was an employee of the defendant from August 17, 2020 to March 29th, 2022, when he was fired as retaliation for the filing of a discrimination complaint with the U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (HEREINAFTER EEOC).

B. Further, since the incidents began, the defendant's Human Resources department failed to convene a formal investigation, and otherwise ignored and dismissed the plaintiff's allegations, forcing Plaintiff to file a complaint with the EEOC.

C. The EEOC did investigate the matter, but made no determination as to the merit of the claim, and by letter dated February 3, 2022, did issue a Notice of the right to sue the defendant.

C. Thereafter, the defendant failed to take appropriate action addressing the complaints of the plaintiff, instead firing him for complaining about the alleged discrimination.

COMPLAINT-2

IV. FIRST CAUSE OF ACTION—VIOLATION OF THE UNITED STATES CONSTITUTION, THE IDAHO CONSTITUTION, SPECIFICALLY AMENDMENTS 5 AND 14.

A. The Federal and State constitutions prohibit the discrimination against individuals of color upon the basis of race.

B. The defendant did discriminate against the plaintiff on the basis of his presenting claims of disparate treatment in the workplace, and further, failed to provide the Plaintiff with due process of law by the errant handling of the claims of the Plaintiff concerning workplace violations.

C. The plaintiff was eventually fired for making constitutionally protected claims of discrimination, which were not addressed by the Defendant until Plaintiff was forced to file a complaint with the EEOC.

D. Plaintiff was denied equal pay and equal access to promotions, transfers, and so forth.

E. Plaintiff has been damaged by such discrimination.

VI. SECOND CAUSE OF ACTION—VIOLATION OF THE CIVIL RIGHTS ACT OF 1964, TITLE VII, AND U.S. CODE TITLE 42, CHAPTER 21.

A. Plaintiff repleads the allegations made above.

B. The above named statues codify the protections granted the Plaintiff against discrimination based upon race.

C. Defendant violated the protections of these statutes by refusing to investigate plaintiff's complaints made to the Human Resources department of the defendant, and by

eventually firing him for trying to protect his civil rights, all to the damage of the Plaintiff.

### V. THIRD CAUSE OF ACTION—VIOLATION OF IDAHO CODE SECTION 18-7301, AND IDAHO CODE SECTION 67-5909

A. Plaintiff repleads the allegation made above.

B. Idaho Code Section 18-7301 declares that freedom from racial discrimination is a civil right. Idaho Code Section 67-5909, specifically prohibits discrimination in employment under Section 1 of that statute.

C. Defendant violated the civil rights outlined in the above statutes, by failing to appropriately address the plaintiff's initial reports of discrimination, or to investigate or take any corrective action once the matter was brought to their attention. Further, defendant failed to give the plaintiff his right to due process.

D. Defendant fired the Plaintiff in direct contradiction to these statutes, causing substantial damage to the plaintiff.

WHEREFORE, plaintiff prays for judgment against the defendant as follows:

1. For the recovery of lost wages, potential income from continued employment, and for creating a stain upon the plaintiff's viability as a valued employee, in an amount of $750,000, or such amount as to be determined at trial;

COMPLAINT-4

2. For costs of suit and attorney's fees, as allowed by Idaho Code §§ 12-120, 121, or as allowed by the Court;

3. For such other and further relief as is just and equitable under the circumstances.

PLAINTIFF DEMANDS A TRIAL BY JURY.

DATED this 29th day of April, 2022.

*/s/ Johnnie B. Green*
Johnnie B. Green, Jr. *pro se*

COMPLAINT-5