UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

JOHNNIE B. GREEN, JR.,

                    Plaintiff,

      v.

AMY'S KITCHEN, INC., a corporation
doing business in Idaho,,

                    Defendant.

Case No. 4:22-cv-00468-REP

**JUDGMENT**

      In accordance with the Court's Memorandum Decision and Order entered concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this case be DISMISSED with prejudice.

DATED: September 26, 2024

Raymond E. Patricco
Chief U.S. Magistrate Judge